Melissa B. LEE, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Commissioner of Social Security, Defendant–Appellee.

No. 13–17372.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 7, 2016.*

Filed Jan. 11, 2016.

Mark Ross Caldwell, Caldwell & Ober LLC, Phoenix, AZ, for Plaintiff–Appellant.

Laura Hope Holland, Social Security Administration Office of the General Counsel, Region VIII, Denver, CO, Michael A. Johns, USPX–Office of the US Attorney, Phoenix, AZ, for Defendant–Appellee.

Before: WALLACE and KOZINSKI, Circuit Judges, and WHALEY,** Senior District Judge.

## MEMORANDUM***

**AFFIRMED** for the reasons stated by the district court.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Robert H. Whaley, Senior District Judge for the U.S. District Court for the Eastern District of Washington, sitting by designation.

Paula J. UDELL, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Commissioner of Social Security, Defendant–Appellee.

No. 13–56741.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 9, 2015.

Filed Jan. 11, 2016.

Thomas Garrett Roche, San Diego, CA, Lei Udell, Law Offices of Lei Udell, Coronado, CA, for Plaintiff–Appellant.

Thomas C. Stahl, Chief Counsel, Office of The U.S. Attorney, San Diego, CA, Elizabeth Firer, Special Assistant U.S., Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: GOULD and BERZON, Circuit Judges, and STEEH,* Senior District Judge.

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

\* The Honorable George Caram Steeh III, Senior District Judge for the U.S. District Court for the Eastern District of Michigan, sitting by designation.